**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CORBIN NOTTINGHAM,

Plaintiff,

v. Case No: 8:25-cv-3111-JSM-AEP

CITY OF TAMPA,

Defendant.

---

# ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint filed on January 27, 2026, at Dkt. 8. Plaintiff failed to timely respond to the motion. On February 19, 2026, the Court directed Plaintiff to respond to the motion within seven (7) days. Failure to file a response by that time would result in the Court granting the motion as unopposed as stated in Local Rule 3.01(d) and grant the requested relief. No such response was timely filed. It is therefore **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 8) is granted.
2. This cause is dismissed without prejudice for the reasons stated in the unopposed motion.

3. All pending motions, if any, are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of March, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record